

NUMBER 13-09-00129-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

---

MARTIN PENA,                                                                 Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

---

On Appeal from the 94th District Court
of Nueces County, Texas.

---

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Benavides
Memorandum Opinion Per Curiam

Appellant, Martin Pena, by and through his attorney, has filed a motion to dismiss his appeal because he no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal. Having dismissed the

appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.  *See* Tᴇx. R. Aᴘᴘ. P. 47.2(b).
Memorandum Opinion delivered and filed
this the 20th day of August, 2009.